IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

MARIAN ALLEN                                                    PLAINTIFF

VS.                                            CIVIL ACTION NO. 2:07cv101-DCB-JMR

JUDGE KEITH STARRETT, et al                             DEFENDANTS

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto filed by either party, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge John M. Roper, Sr. be, and the same is hereby, adopted as the finding of this Court, and that Marian Allen's Complaint [1] is dismissed without prejudice for the plaintiff's failure to prosecute and failure to comply with Rule 4(m) and Rule 41(b) of the Federal Rules of Civil Procedure.

A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 30th day of June, 2010.

                                                         s/David Bramlette
                                                         UNITED STATES DISTRICT JUDGE